Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ For The District of __Puerto Rico__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   Ancarlo Borthers, Inc.

2. **All other names debtor used in the last 8 years**  
   None  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   6 6 – 0 6 8 4 1 7 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | Road 866, Km. 3.4 | Unit 1 |
   | Number  Street | Number  Street |
   | Sabana Seca Ward | P.O. Box 6660 |
   | | P.O. Box |
   | Toa Baja  PR  00950 | Bayamón,  PR  00960 |
   | City  State  ZIP Code | City  State  ZIP Code |

   | | Location of principal assets, if different from principal place of business |
   |---|---|
   | Toa Baja | |
   | County | Number  Street |
   | | |
   | | City  State  ZIP Code |

5. **Debtor's website (URL)**  
   None

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Ancarlo Borthers, Inc.  Case number (if known) _____
      Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5 3 1 3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When __/__/____ Case number _____
           MM / DD / YYYY
     District _____ When __/__/____ Case number _____
           MM / DD / YYYY

Debtor  **Ancarlo Borthers, Inc.**  Case number (if known) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____
District _____ When _____
                                    MM / DD / YYYY
Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number    Street
_____
City                                      State ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  Ancarlo Borthers, Inc.
_____
Name

Case number (if known)_____

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/14/2025
           MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  President

Javier Eladio López Quiñones
Printed name

### 18. Signature of attorney

X _____
Signature of attorney for debtor

Date  01/14/2025
      MM / DD / YYYY

Héctor Eduardo Pedrosa Luna, Esq.
Printed name

The Law Offices of Héctor Eduardo Pedrosa Luna
Firm name

P.O. Box 9023963
Number  Street

San Juan                          PR          00902-3963
City                              State       ZIP Code

787-920-7983                      hectorpedrosa@gmail.com
Contact phone                     Email address

USDC-PR 223202                    PR
Bar number                        State

## ANCARLO BROTHERS, INC.

## CERTIFICATE OF CORPORATE RESOLUTION

I, Francisca Quiñones García, Secretary of the Board of Ancarlo Brothers, Inc., under penalty of perjury, pursuant to 28 USC Sec. 1746, certify that on a duly called and held stockholders meeting, in which the required quorum by The General Corporation Law of 1995, as amended, was always present, the following resolution was adopted by the Board of Directors on January 14, 2025:

"Be it therefore resolved, that all of the members had agreed that Ancarlo Brothers, Inc. should file a petition under the Chapter 11 of the United States Bankruptcy Code. It is also resolved to authorize Mr. Javier Eladio López Quiñones, President of Ancarlo Brothers, Inc., to hire the Law Offices of Héctor Eduardo Pedrosa-Luna to file a petition for relief under the Chapter 11 of the Bankruptcy Code on behalf of the corporation, to sign any related documents and to appear at all bankruptcy proceedings on behalf of Ancarlo Brothers, Inc.

I, further certify that the foregoing Resolution has not been amended or cancelled, so that as this date it is in full effect and power.

There for I sign the foregoing Certificate and print the Corporate Seal, this 14th day of January 2025.

_____
Secretary of the Board

_____
Corporate Seal

[Corporate Seal: ANCARLO BROTHERS INC. CORPORATE SEAL No. 166651 COMMONWEALTH OF PUERTO RICO 2006]

Fill in this information to identify the case:

Debtor name: Ancarlo Borthers, Inc.

United States Bankruptcy Court for the: For the District of Puerto Rico (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | C.R.I.M.<br>P.O. Box 195387<br>San Juan, PR 00919-5387 | | Real Estate Taxes | | | | $3,469.77 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Fill in this information to identify the case and this filing:

Debtor Name __Ancalo Brothers, Inc.__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration __Form B204__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/14/2025__       X _[signature]_
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Javier Eladio López Quiñones
Printed name

President
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

For the District Of Puerto Rico

In re Ancarlo Brothers, Inc.

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .............................. $ 175.00 p/h

   Prior to the filing of this statement I have received ...................... $ 5,262.00

   Balance Due ................................................................ $ _____

2. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify)  Javier Eladio López Quiñones

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☒ Other (specify)  Javier Eladio López Quiñones

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/14/2025
*Date*

*Signature of Attorney*

The Law Offices of Héctor Eduardo Pedrosa Luna
*Name of law firm*